**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**Batesville Division**

| | |
|---|---|
| IN RE:  MINDY KAY SLOAN | Case No. 1:16-14945 |
| Debtor | Chapter 12 |

**WITHDRAWAL OF MOTION TO SELL PROPERTY**
**(Document No. 128)**

COMES NOW Debtor, Mindy Kay Sloan by and through her attorney of record, Theresa L. Pockrus of the Nixon Law Firm, and withdraws her Motion To Sell Property Located at 234 and 237 Luber Road, Mountain View, Arkansas (Doc. No. 128).

Respectfully Submitted:

*/s/ Theresa L. Pockrus*
Theresa L. Pockrus (ABA #2001236)
**THE NIXON LAW FIRM**
4100 Wagon Wheel Road
Springdale, AR  72762
Tel: 479/582-0020
Fax: 479/582-0030
E-mail: theresa@nixonlaw.com

Attorney for Debtor