**MONTHLY OPERATING REPORT**

MONTH OF: __April__, 20 __18__

NAME: __Mindy Sloan__

CASE NO: __1:16-14945__

CHAPTER 12

MONTHLY RECEIPTS AND DISBURSEMENTS

**1. ALL INCOME:**

| RECEIPT ITEM | Qty Sold (BALES, BUSHELS, LBS or HEAD) | Crop Yr | AMOUNT |
|---|---|---|---|
| A. CROPS SOLD | | | |
| 1. COTTON | _____ | _____ | $_____ |
| 2. WHEAT | _____ | _____ | $_____ |
| 3. RICE | _____ | _____ | $_____ |
| 4. BEANS | _____ | _____ | $_____ |
| 5. OTHER | _____ | _____ | $_____ |
| B. PASTURE RENTAL | | | $_____ |
| C. AGRICULTURAL PROGRAM PAYMENTS | | | $_____ |
| D. SALE OF LIVESTOCK | | | $_____ |
| E. CUSTOM WORK | | | $_____ |
| F. CROP INSURANCE PROCEEDS | | | $_____ |
| G. OTHER FARM INCOME | | | $_____ |
| H. WAGES EARNED FROM OUTSIDE WORK | | | $ 1,301.71 |
| I. RENTS AND ROYALTIES | | | $ 2,531.00 |
| J. SOCIAL SECURITY BENEFITS | | | $_____ |
| K. BUSINESS INCOME | | | $_____ |
| L. OTHER RECEIPTS | | | $_____ |
| TOTAL RECEIPTS (SUM OF A THRU L) | | | $ 3,832.71 |
| NEW LOAN RECEIVED THIS MONTH | | | $_____ |

**2. EXPENSES PAID:**

| | |
|---|---|
| A. HOUSEHOLD AND LIVING EXPENSE | $ 370.23 |
| B. CUSTOM HIRE | $ 0.00 |
| C. SEEDS, PLANTS PURCHASED | $ 36.55 |
| D. UTILITIES | $ 0.00 |
| E. REPAIRS, MAINTENANCE | $ 426.20 |
| F. GASOLINE, FUEL, OIL | $ 107.53 |
| G. INSURANCE | $ 526.67 |
| H. VET AND MEDICINE | $ 345.00 |
| I. LABOR | $ |
| J. LAND RENT | $ |
| K. CHEMICALS | $ |
| L. FEED | $ |
| M. STORAGE, WAREHOUSING, FREIGHT, TRUCKING | $ |
| N. SUPPLIES | $ 71.08 |
| O. TAXES | $ |
| P. OTHER EXPENSES (LIST) | |
| misc | $ 102.63 |
| | $ 0.00 |
| SUB-TOTAL EXPENSES (SUM OF A THRU P) | $ 1,985.89 |
| PLAN PAYMENTS MADE TO CHAPTER 12 TRUSTEE | $ 250.00 |
| OTHER BUSINESS EXPENSES | $ |
| TOTAL EXPENSES PAID DURING MONTH | $ 2,235.89 |
| PROFIT (OR LOSS) FOR MONTH | $ 1,596.82 |
| LOANS REPAID | $ |

**3. HOUSEHOLD AND LIVING EXPENSE:**

    A. HOME MORTGAGE      $_____

    B. ROUTINE HOME MAINTENANCE      $_____

    C. RENT      $_____

    D. UTILITIES
        1. ELECTRIC      $_____
        2. WATER      $_____
        3. TELEPHONE      $_____0.00
        4. GAS      $_____
        5. OTHER      $_____
    TOTAL UTILITIES (SUM OF 1 THRU 5)      $_____0.00

    E. FOOD      $_____250.23

    F. CLOTHING      $_____

    G. LAUNDRY AND CLEANING      $_____0.00

    H. MEDICAL      $_____120.00

    I. INSURANCE NOT DEDUCTED FROM WAGES
        1. AUTO      $_____
        2. LIFE      $_____
        3. MEDICAL      $_____
        4. HOMEOWNERS      $_____
        5. OTHER      $_____
    TOTAL INSURANCE (SUM OF 1 THRU 5)      $_____0.00

    J. TRANSPORTATION NOT INCLUDING AUTO PYMTS      $_____

    K. RECREATION AND EATING OUT      $_____

    L. DUES NOT DEDUCTED FROM WAGES      $_____

    M. TAXES NOT DEDUCTED FROM WAGES OR INCLUDED
        IN MORTAGE PAYMENTS.      $_____

    N. ALIMONY, MAINTENANCE OR SUPPORT PAYMENTS      $_____

    O. RELIGIOUS OR OTHER CHARITABLE CONTRIBUTIONS      $_____

    P. OTHER EXPENSES
        1. _____      $_____
        2. _____      $_____
        3. _____      $_____
        4. _____      $_____
        5. _____      $_____
    TOTAL OTHER EXPENSES (SUM OF 1 THRU 5)      $_____0.00

    Q. POST PETITION INSTALLMENT PAYMENTS **(COURT APPROVED)**
        1. AUTO      $_____
        2. HOME IMPROVEMENT      $_____
        3. _____      $_____
        4. _____      $_____
    TOTAL INSTALLMENT PAYMENTS (SUM OF 1 -5))      $_____0.00

TOTAL HOUSEHOLD AND LIVING EXPENSE   **ENTER ON LINE A, PAGE 2**   $_____370.23

**4. CASH RECONCILIATION:**

| | |
|---|---|
| CASH AND BANK BALANCE AT BEGINNING OF MONTH (ALL ACCOUNTS) | $ 1,944.38 |
| INCOME (OR LOSS) DURING MONTH | $ 1,596.82 |
| CASH AND BANK BALANCE AT END OF MONTH (TOTAL ENDING BALANCE OF ALL ACCOUNTS) | $ 3,541.20 |

**5. EXPENSES CHARGED BUT NOT PAID:**

| EXPENSE (ITEMIZE) | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| TOTAL EXPENSES CHARGED | $ 0.00 |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

4/26/2018 /s/ Mindy Sloan
DATE  DEBTOR/OFFICER OF DEBTOR

_____  _____
DATE  DEBTOR/OFFICER OF DEBTOR