**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**Batesville Division**

**In re Mindy Sloan**                                        **Case No. 1:16-bk-14945**

**Debtor in Possession**                                        **Chapter 12**

### APPLICATION AND AFFIDAVIT FOR ALLOWANCE OF
### PAYMENT OF ATTORNEY FEES FILED BY THE NIXON LAW FIRM

**Notice is hereby given that the named professional employed by Debtor Mindy Sloan has by this statement applied for compensation of attorneys fees.  Objections to the compensation as herein set forth must be filed within FOURTEEN (14) DAYS of the filing of this Application. If objections are received in the allowed 14 days, the objections will be set for hearing by subsequent notice. If no objections are received, the court may authorize the payment of the fees without further notice or hearing.**

COMES NOW THE NIXON LAW FIRM of Springdale, Arkansas, attorneys for the Debtor in Possession herein (the "Applicant") and submits its application for payment of attorneys' fees incurred in connection with this case as follows:

1.      On September 19, 2016, the Debtor in Possession filed her Petition for Relief in this action.

2.      An order was entered in this matter on September 29, 2016 (Doc. No. 8), approving employment of the Applicant to represent the Debtor in Possession in this matter.

3.      The Applicant is seeking compensation of $500.00 for attorneys fees pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016(a).

4.      The Application covers the time period from September 29, 2016 to the date of this application.

*In re Sloan;  Case No. 1:16-14945 (Bankr. E.D. Ark.)*
*Application for Attorneys Fees and Costs*

WHEREFORE, the Applicant prays that this Court enter its order approving Applicant's Application for attorneys fees in the amount of $500.00 to be paid as an administrative claim as provided by law to be paid by the estate and granting Applicant all other relief to which it may be entitled.

Respectfully submitted:

*/s/ Theresa L. Pockrus*
Theresa L. Pockrus (ABA #2001236)
THE NIXON LAW FIRM
4100 Wagon Wheel Road
Springdale, AR 72762
Tel:  479-582-0020
Fax:  479-582-0030

Attorneys for Debtor in Possession

*In re Sloan;  Case No. 1:16-14945 (Bankr. E.D. Ark.)*
*Application for Attorneys Fees and Costs*

### Affidavit of Applicant

State of Arkansas            )
                             )        ss.
County of Benton             )

    I, **Theresa L. Pockrus**, do hereby swear and affirm that the allegations of fact in the within and foregoing document are true and correct to the best of my knowledge, information and belief.

*/s/ Theresa L. Pockrus*
**Theresa L. Pockrus**

Subscribed and sworn to before me, a Notary Public, this 30th day of July, 2018.

*/s/ Jill D. Harp*
Notary Public

My Commission Expires:

May 7, 2022

### Consent of Debtor in Possession

I do hereby consent to the above Application and the relief requested.

*/s/Mindy Sloan*
**MINDY SLOAN**

### Certificate of Service

    I, Theresa L. Pockrus, hereby certify that on the 30th day of July 2018, I caused a true and correct photocopy of the within and foregoing document to be served on all those entitled to notice via CM/ECF the Court's electronic notification system.

*/s/Theresa L. Pockrus*
**Theresa L. Pockrus**