```
                        United States Bankruptcy Court
                         Eastern District of Arkansas
In re:                                                       Case No. 16-14945-pmj
Mindy Kay Sloan                                              Chapter 12
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0860-1          User: annette              Page 1 of 1              Date Rcvd: Aug 23, 2018
                              Form ID: pdf08Ac           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
```
db             Mindy Kay Sloan,    3640 Luber Rd,    Mountain View, AR  72560-8236
intp           Attorney General of the US,    Dept of Justice,    950 Pennsylvania Ave. N.W.,    Room 4400,
                Washington, DC  20530-0001
intp          +U.S. Attorney,    P.O. Box 1229,    Little Rock, AR 72203-1229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
```
              David G. Nixon    on behalf of Debtor Mindy Kay Sloan david@nixonlaw.com,
               kelly@nixonlaw.com, jill@nixonlaw.com
              Renee Williams    rwilliamstrustee@gmail.com,
               rwilliamstrs12@gmail.com;rwilliams12@cablelynx.com;ricksrg@gmail.com;lesliejot@gmail.com
              Ryan J. Caststeel    on behalf of Creditor    Stone Bank rcaststeel@hopkinslawfirm.com,
               across@hopkinslawfirm.com
              Theresa Louise Pockrus    on behalf of Debtor Mindy Kay Sloan theresa@nixonlaw.com,
               kelly@nixonlaw.com;jill@nixonlaw.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

RE:     Mindy Kay Sloan                                          CASE NO: 1:16-bk-14945
            Debtor                                                         Chapter 12

ORDER APPROVING APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES

NOW BEFORE the Court is the *Application and Affidavit for Allowance of Payment of Attorney Fees Filed by the Nixon Law Firm (Doc. No. 138).* The time for objections has expired and no objections have been filed. The Court, being well advised of the matters before it, finds that the Application should be and is granted, and payment of attorneys fees in the amount of $500 as an administrative expense is approved.

IT IS SO ORDERED.

*(signature)*
Phyllis M. Jones
United States Bankruptcy Judge
Dated:  08/23/2018


Drafted and Submitted by:

/s/Theresa L. Pockrus
Theresa L. Pockrus (ABA#2001236)
Attorney for Debtor

Approved by:


/s/ Renee Williams
Renee Williams
Chapter 12 Trustee